**B18 (Official Form 18) (12/07)**

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:   10−42751−RTL
Chapter:   7
Judge:   Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael W. Ackerman | Michele Ackerman |
| 44 Chestnut Court | 44 Chestnut Court |
| Basking Ridge, NJ 07920 | Basking Ridge, NJ 07920 |

Social Security No.:
   xxx−xx−1362                                                                xxx−xx−6949

Employer's Tax I.D. No.:

---

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                                                BY THE COURT

Dated: February 18, 2011                                        Raymond T. Lyons Jr.
                                                                United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Feb 18, 2011
Case: 10-42751                Form ID: b18                 Total Noticed: 35


The following entities were noticed by first class mail on Feb 20, 2011.
db/jdb         +Michael W. Ackerman,    Michele Ackerman,    44 Chestnut Court,    Basking Ridge, NJ 07920-3110
smg             U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +United States Trustee,    Office of the United States Trustee,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
511310191      +Beneficial,    Customer Service,    PO Box 3425,    Buffalo, NY 14240-3425
511310193       CCB Credit Services, Inc.,    P.O. Box 272,    Springfield, IL 62705-0272
511310195      +Chase,    Attn: Home Equity Loan Servicing,    PO Box 24714,    Columbus, OH 43224-0714
511310198      +Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
511310199       Costco,    c/o Curtis O. Barnes, P.C.,    P.O. Box 1390,    Anaheim, CA 92815-1390
511310201      +Faloni & Associates, LLC,    165 Passaic Avenue,    Suite 301B,    Fairfield, NJ 07004-3592
511357854      +Ford Motor Credit Company,    c/o William E. Craig, Esq.,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3124
511310203      +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                 Houston, TX 77081-1108
511310205      +Household Finance Corp.,    c/o Prof. Bureau of Collections of MD,    PO Box 4157,
                 Greenwood Village, CO 80155-4157
511310207      +Malcolm S. Gerald & Associates,    332 South Michigan Avenue,    Suite 600,
                 Chicago, IL 60604-4318
511310208      +Nelson, Watson & Associates, LLC,    80 Merrimack Street Lower Level,    Haverhill, MA 01830-5211
511310209       Northstar Location Services,    4285 Genesee Street,    Buffalo, NY 14225-1943
511310210      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
511310212       Solomon & Solomon,    Columbia Circle,    PO Box 15019,    Albany, NY 12212-5019
511371899       State of NY Tax Dept.,    POB 5300,    Albany, NY 12205-0300
511310213       Synergetic Communications,    1301 E. 3rd Avenue,    Suite 200,    Post Falls, ID 83854-7545
511310215      +Tiburon Financial, LLC,    PO Box 10050,    Fayetteville, AR 72730
511310217       Zwicker & Associates,    PO Box 101145,    Birmingham, AL 35210-6145

The following entities were noticed by electronic transmission on Feb 18, 2011.
cr             +EDI: FORD.COM Feb 18 2011 21:38:00      Ford Motor Credit Company, LLC,    P.O. Box 6275,
                 Dearborn, MI 48121-6275
511310189       EDI: AMEREXPR.COM Feb 18 2011 21:38:00      American Express,    Customer Service,
                 777 American Expressway,    Fort Lauderdale, FL 33337-0001
511310190      +EDI: BANKAMER.COM Feb 18 2011 21:38:00      Bank of America,    Corporate Bankruptcy Dept,
                 PO Box 26012,    NC4-105-03-14,    Greensboro, NC 27420-6012
511362898      +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
                 Capital One Auto Finance,    3901 Dalla Parkway,    Plano, TX 75093-7864
511310192      +EDI: CAPITALONE.COM Feb 18 2011 21:38:00      Capital One Bank,    Inquiries,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
511310194       EDI: CHASE.COM Feb 18 2011 21:38:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
511310196      +EDI: CITICORP.COM Feb 18 2011 21:38:00      Citi Cards,    Customer Service,    PO Box 6062,
                 Sioux Falls, SD 57117-6062
511310197      +EDI: CITICORP.COM Feb 18 2011 21:38:00      Citibank,    Attention: Bankruptcy,    PO Box 20507,
                 Kansas City, MO 64195-0507
511310200       EDI: DISCOVER.COM Feb 18 2011 21:38:00      Discover,    Customer Service,    PO Box 30943,
                 Salt Lake City, UT 84130
511310202       EDI: FORD.COM Feb 18 2011 21:38:00      Ford Credit,    National Bankruptcy Service Center,
                 PO Box 537901,    Livonia, MI 48153-7901
511310204       EDI: GMACFS.COM Feb 18 2011 21:38:00      GMAC,    Bankruptcy Department,    PO Box 380901,
                 Bloomington, MN 55438-0901
511310206      +EDI: HFC.COM Feb 18 2011 21:38:00      HSBC,    Customer Service,    PO Box 4169,
                 Carol Stream, IL 60197-4169
511310214      +EDI: TDBANKNORTH.COM Feb 18 2011 21:38:00      TD Bank North,    Corporate Headquarters,
                 PO Box 9540,    1 Portland Square,    Portland, ME 04101-4057
511310216       EDI: WFFC.COM Feb 18 2011 21:38:00      Wells Fargo Card Services,    Inquiries,    PO Box 10347,
                 Des Moines, IA 50306-0347
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
511310211       Ramon Javier
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 18, 2011
Case: 10-42751                Form ID: b18             Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2011**                               **Signature:**   *Joseph Speetjens*